IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Civil No. 1:15-cv-12124 |
| | ) |
| v. | ) Honorable Thomas L. Ludington |
| | ) Magistrate Judge Patricia T. Morris |
| MISCELLANEOUS COLLECTIBLE | ) |
| COINS AND MEDALS SEIZED IN | ) |
| JANUARY 2012 FROM REAL | ) |
| PROPERTY LOCATED | ) |
| ON LAKESHORE STREET, WEST | ) |
| BLOOMFIELD, MICHIGAN, *et al.* | ) |
| | ) |
| Defendant *in Rem.* | ) |
| _____ | ) |

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 18, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2015, at Detroit, MI.

                                      Respectfully submitted,

                                      BARBARA L. McQUADE
                                      United States Attorney

                                      */s/ Jonathan J.C. Grey*
                                      JONATHAN J.C. GREY
                                      Assistant U.S. Attorney
                                      211 W. Fort Street, Suite 2001
                                      Detroit, MI  48226
                                      (313) 226-9116
                                      jonathan.grey@usdoj.gov
                                      (IL Bar No. 6292918)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# COURT CASE NUMBER: 15-12124; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881 and 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

Collection of Various Miscellaneous Coins and Medals (12-IRS-000647) which was seized from Gavin Awerbuch on January 26, 2012 at 6550 Lakeshore Street, located in West Bloomfield, MI

$2,981.00 in U.S. Currency (12-IRS-000648) which was seized from Gavin Awerbuch on January 26, 2012 at 5889 Bay Road, Suite 104, located in Saginaw, MI

Assorted Collectible Coins and Currency from PNC Safe Deposit Box #7062700003 (14-IRS-000764) which was seized from Gavin Awerbuch on May 06, 2014 at PNC Bank, 6230 Orchard Lake Road, Suite 250, located in West Bloomfield Twp., MI

Assorted Collectible Coins from PNC Safe Deposit Box #91 (14-IRS-000765) which was seized from Gavin Awerbuch on May 06, 2014 at PNC Bank, 6230 Orchard Lake Road, Suite 250, located in West Bloomfield Twp., MI

Assorted Collectible Coins from PNC Safe Deposit Box #102 (14-IRS-000766) which was seized from Gavin Awerbuch on May 06, 2014 at PNC Bank, 6230 Orchard Lake Road, Suite 250, located in West Bloomfield Twp., MI

Assorted Collectible Coins from PNC Safe Deposit Box #110 (14-IRS-000767) which was seized from Gavin Awerbuch on May 06, 2014 at PNC Bank, 6230 Orchard Lake Road, Suite 250, located in West Bloomfield Twp., MI

Assorted Collectible Coins and Metal Items from PNC Safe Deposit Box #377001664 (14-IRS-000768) which was seized from Gavin Awerbuch on May 06, 2014 at PNC Bank, 6230 Orchard Lake Road, Suite 250, located in West Bloomfield Twp., MI

Assorted Collectible Coins, Collectible Currency and Collectible Baseball Cards from PNC Safe Deposit Box #173 (14-IRS-000769) which was seized from Gavin Awerbuch on May 06, 2014 at PNC Bank, 6230 Orchard Lake Road, Suite 250, located in West Bloomfield Twp., MI

Assorted Collectible Coins from PNC Safe Deposit Box #377003256 (14-IRS-000770) which was seized from Gavin Awerbuch on May 06, 2014 at PNC Bank, 6230 Orchard Lake Road, Suite 250, located in West Bloomfield Twp., MI

Assorted Collectible Coins from PNC Safe Deposit Box #503 (14-IRS-000771) which was seized from Gavin Awerbuch on May 06, 2014 at PNC Bank, 6230 Orchard Lake Road, Suite 250, located in West Bloomfield Twp., MI

Assorted Collectible Coins, and other miscellaneous collectibles from PNC Safe Deposit Box #519 (14-IRS-000772) which was seized from Gavin Awerbuch on May 06, 2014 at PNC Bank, 6230 Orchard Lake Road, Suite 250, located in West

Bloomfield Twp., MI

Assorted Coin Collection and Savings Bonds from Fifth Third Bank Safe Deposit Box #148 (14-IRS-000773) which was seized from Gavin Awerbuch on May 06, 2014 at Fifth Third Bank, 4747 Haggerty Road, located in West Bloomfield, MI

Coin Collection and Miscellaneous Jewelry from Fifth Third Bank Safe Deposit Box #149 (14-IRS-000774) which was seized from Gavin Awerbuch on May 06, 2014 at Fifth Third Bank, 4747 Haggerty Road, located in West Bloomfield, MI

Coin Collection and Collectible currency from Fifth Third Bank Safe Deposit Box #307 (14-IRS-000775) which was seized from Gavin Awerbuch on May 06, 2014 at Fifth Third Bank, 4747 Haggerty Road, located in West Bloomfield, MI

Coin Collection from Fifth Third Bank Safe Deposit Box #308 (14-IRS-000776) which was seized from Gavin Awerbuch on May 06, 2014 at Fifth Third Bank, 4747 Haggerty Road, located in West Bloomfield, MI

Coin Collection from Fifth Third Bank Safe Deposit Box #309 (14-IRS-000777) which was seized from Gavin Awerbuch on May 06, 2014 at Fifth Third Bank, 4747 Haggerty Road, located in West Bloomfield, MI

Coin Collection and Collectible Currency from Fifth Third Bank Safe Deposit Box #310 (14-IRS-000778) which was seized from Gavin Awerbuch on May 06, 2014 at Fifth Third Bank, 4747 Haggerty Road, located in West Bloomfield, MI

Coin Collection, Miscellaneous Sports Cards and Stamps from Fifth Third Bank Safe Deposit Box #311 (14-IRS-000779) which was seized from Gavin Awerbuch on May 06, 2014 at Fifth Third Bank, 4747 Haggerty Road, located in West Bloomfield, MI

Six (6) Boxes of Assorted Collectible Coins, Collectible Currency and Silver Bars (14-IRS-000780) which was seized from Gavin Awerbuch on May 06, 2014 at 6550 Lakeshore Drive, located in West Bloomfield, MI

Merrill Lynch Investment Account #XXX-X5635 Valued at $228,457.34 (14-IRS-000781)

Merrill Lynch Investment Account #XXX-X8161 Valued at $219,558.91 (14-IRS-000782)

Merrill Lynch Investment Account #XXX-X7984 Valued at $1,305,841.18 (14-IRS-000783)

$112,692.75 in U.S. Currency from Fifth Third Bank Account #XXXXXX3413 (14-IRS-000784) which was seized from Gavin Awerbuch on May 06, 2014 at Fifth Third Bank, 4747 Haggerty Road, located in West Bloomfield, MI

$33,072.87 in U.S. Currency from Fifth Third Bank Account #XXXXXX9169 (14-IRS-000785) which was seized from Gavin Awerbuch on May 06, 2014 at Fifth Third Bank, 4747 Haggerty Road, located in West Bloomfield, MI

$18,948.92 in U.S. Currency from Fifth Third Bank Account #XXXXXX2593 (14-IRS-000786) which was seized from Gavin Awerbuch on May 06, 2014 at Fifth Third Bank, 4747 Haggerty Road, located in West Bloomfield, MI

$30,414.15 in U.S. Currency from Fifth Third Bank Account #XXXXXX5381 (14-IRS-000787) which was seized from Gavin Awerbuch on May 06, 2014 at Fifth Third Bank, 4747 Haggerty Road, located in West Bloomfield, MI

$328,975.22 in U.S. Currency from Fifth Third Bank Account #XXXXXX7731 (14-IRS-000788) which was seized from Gavin Awerbuch on May 06, 2014 at Fifth Third Bank, 4747 Haggerty Road, located in West Bloomfield, MI

$622,800.18 in U.S. Currency from Seaver Title Agency LLC Check #58434 cash in lieu proceeds from sale of real property located at 6550 Lakeshore Street, West Bloomfield, MI (14-IRS-000892) which was seized from Gavin Awerbuch on July 01, 2014 at Seaver Title Agency, LLC, 42651 Woodward Avenue, located in Bloomfield Hills, MI

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (June 18, 2015) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 231 W. Lafayette, Detroit, MI 48226, and copies of each served upon Assistant United States Attorney Jonathan Grey, 211 W. Fort Street, Suite 2001, Detroit, MI 48226, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 18, 2015 and July 17, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Assorted Coin Collection and Misc. Items

**Court Case No:** 15-12124
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/18/2015 | 24.0 | Verified |
| 2 | 06/19/2015 | 24.0 | Verified |
| 3 | 06/20/2015 | 24.0 | Verified |
| 4 | 06/21/2015 | 24.0 | Verified |
| 5 | 06/22/2015 | 24.0 | Verified |
| 6 | 06/23/2015 | 24.0 | Verified |
| 7 | 06/24/2015 | 24.0 | Verified |
| 8 | 06/25/2015 | 24.0 | Verified |
| 9 | 06/26/2015 | 24.0 | Verified |
| 10 | 06/27/2015 | 24.0 | Verified |
| 11 | 06/28/2015 | 24.0 | Verified |
| 12 | 06/29/2015 | 24.0 | Verified |
| 13 | 06/30/2015 | 21.8 | Verified |
| 14 | 07/01/2015 | 24.0 | Verified |
| 15 | 07/02/2015 | 24.0 | Verified |
| 16 | 07/03/2015 | 24.0 | Verified |
| 17 | 07/04/2015 | 24.0 | Verified |
| 18 | 07/05/2015 | 24.0 | Verified |
| 19 | 07/06/2015 | 24.0 | Verified |
| 20 | 07/07/2015 | 24.0 | Verified |
| 21 | 07/08/2015 | 24.0 | Verified |
| 22 | 07/09/2015 | 24.0 | Verified |
| 23 | 07/10/2015 | 24.0 | Verified |
| 24 | 07/11/2015 | 24.0 | Verified |
| 25 | 07/12/2015 | 24.0 | Verified |
| 26 | 07/13/2015 | 24.0 | Verified |
| 27 | 07/14/2015 | 24.0 | Verified |
| 28 | 07/15/2015 | 24.0 | Verified |
| 29 | 07/16/2015 | 24.0 | Verified |
| 30 | 07/17/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.