UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

MISCELLANEOUS COLLECTIBLE
COINS AND MEDALS SEIZED IN
JANUARY 2012 FROM REAL PROPERTY
LOCATED ON LAKESHORE STREET,
WEST BLOOMFIELD, MICHIGAN, et al.

           Defendants *In Rem*.

_____/

Civil No.  2:15-cv-12124

Honorable Thomas L. Ludington

## GOVERNMENT'S STATUS REPORT

The Government submits this status report pursuant to the February 8, 2016 Stipulation for Entry of Order Administratively Closing Civil Forfeiture Proceedings.

The Court administratively closed the above-captioned civil forfeiture case (the "Case") due to an underlying criminal investigation.  (*Dkt. # 47*).  The parties to the Case agreed that the Case would be administratively closed on the grounds that continuation of the civil proceeding may negatively impact one or all parties, and that the Case would remain administratively closed pending completion of the criminal proceeding, or upon further order of the Court.

Claimant Gavin Awerbuch is currently scheduled for a preliminary examination on August 12, 2016 (14-mj-30216), however, it is anticipated the government and defense will seek an additional adjournment of the preliminary exam date.   The parties have agreed to attempt to globally resolve the outstanding forfeiture issues in the criminal case.  Therefore, the Government requests that this Case remain administratively closed.  The Government has been advised by opposing counsel, Mark Kriger, Esq. and Jorin Rubin, Esq., that the claimants do not oppose continuing the stay of the Case.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

S/PHILIP A. ROSS
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9790
philip.ross@usdoj.gov
(VA State Bar #70269)

Dated: August 8, 2016